TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00031-CV

Duane A. Aamodt, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. GV000370, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to arrange for the filing of the record, we will dismiss
the appeal for want of prosecution. See Tex. R. App. P. 35.1, 42.3(b).

 It appears from documents filed in this Court that the judgment from which
appellant appeals was signed by the district court on November 16, 2000, and appellant's notice
of appeal was filed December 18, 2000. Therefore, it appears the appellate record was due in this
Court on January 15, 2001. See id. 35.1. On January 24, 2001, the District Clerk notified this
Court that the clerk's record would not be timely filed because appellant had not paid for the
record. By letter dated January 31, 2001, the Clerk of this Court notified appellant that the appeal
would be dismissed for want of prosecution unless appellant submitted a status report by March
12, 2001. Appellant has not submitted a status report, nor has the clerk's record been filed. 

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Kidd, B. A. Smith, and Puryear.

Dismissed for Want of Prosecution

Filed: March 15, 2001

Do Not Publish